# Lawrence M. Herrmann

CT Juris No. 303368

Admitted:
Connecticut
New York

U.S. District Courts:
SDNY
EDNY
NDNY
WDNY
District of Columbia
District of Colorado
U.S. Court of Appeals
2nd Cir. and 3rd Cir.

Attorney at Law
37-51 76th Street
Jackson Heights, New York 11372
Tel. (718) 779-6630
Cell (646) 295-8852
Fax (718) 565-7278

CT ADDRESS:

1116 Wallingford Road
Cheshire, CT 06410

April 16, 2015

Honorable Jed S. Rakoff
Senior U.S. District Judge
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   U.S. v. Gustavo Perez-Garcia
      Docket 1:S5 12 CR 839-02 (JSR)
      Sentencing Submission

Dear Judge Rakoff:

The detailed and perceptive Presentence Investigation Report gives an overview of defendant's life to date, including an upbringing with limited means and educational opportunities, forays into minor scale contraband smuggling of animal hides and drugs and an adult life with a number of years of legal activity and honest work, culminating in work as a taxi driver. His two trips to Guinea Bissau, a rogue country and entry port for South American drugs, I believe, stemmed not from any expertise or cartel or drug office membership but rather from his working knowledge of the Portuguese language.

His offense is more than serious, it is scary in terms of its potential ramifications. Those obtaining drugs from the FARC, or thinking they are as in the instant case, may think of the guerillas as drug dealers, but their profits finance terrorist activities. I have spoken at length with defendant in Colombia prior to his extradition and in New York. When payment was discussed subsequent to his arrival in Africa in terms of missiles to down U.S. helicopters, he was both too involved and too scared to renounce his participation in the conspiracy, an omission he today profoundly regrets.

The Sentencing Guidelines calculations and the statutory minimums, without the benefit of any relief requested by the Government, would be tantamount to a death in the U.S. sentence for this 66 year old Colombian offender. I have visited with his loving wife and devoted two daughters in Bogota and during their one trip to New York to visit defendant. They are in a

# Lawrence M. Herrmann

Attorney at Law

desperate financial situation, unable to continue paying Counsel, and were heavily dependent on defendant's earnings as a taxi driver. They hope for his release from custody and his return.

     I worry about defendant's return to Colombia, after the conviction at trial of a co-defendant. The Protective Order issued by the Court on March 12, 2015 limits a defendant's access to written documents, but nothing can stop his word of mouth communication to any potential confederates or associates back home in Colombia who may form their own impressions of loyalty.

     I enclose for the Court's consideration at sentencing family letters with translations, a letter from the family priest, with a homemade translation from Colombia, a letter certifying defendant's work as a taxi driver 2009-2012, and general community recommendations as a responsible, hardworking resident.

     Any additional sentencing factors will be addressed orally at sentencing.

Respectfully submitted,

Lawrence M. Herrmann

Enclosures

cc:   AUSA Shane Stansbury
      USPO Johnny Kim

**Summary Translation**

Your Honor,

I am Aura Yanira Garcia Osorio, the wife of Gustavo Perez. We got married on September 17, 1986. Your Honor, he has always been a hard worker and while I would stay home with our children he would be working as a taxi driver. Our lives have been very difficult without him. I work in a restaurant as a cook. I do not make much but with that we are able to eat and survive. It is not easy working on my own.

Your Honor, my husband is a good human being, husband, father, and was a good son. He has always worried for our family's well-being. As a partner we have always gotten along well. Your Honor, I ask that you give him the opportunity to come back home. There is a family that awaits him and needs him. I have loved him all my life and it will always be that way until God allows it. I have suffered a lot since he has been gone. I know with God's help and with you help your Honor my husband will come home soon.

Thank you for your given attention.


/S/ Yanira Garcia

Su señoria Juez Hon Jean Rakoff

buen dia señor Juez

soy la esposa de Gustavo perezo
Pura. Yanira Garcia. Osorio
nos casamos el 17. de septiembre de
1986. por la iglesia. cristiana .
Señor Juez.
mi familia consta. mi esposo mis dos.
hijas y un Nieto.

Señor Juez. el siempre hacido muy.
Trabajador y yo siempre estuve en el
hogar cuidando de mis hijas.
y mi gus Trabajando en TAXI
la vida. de nosotros.
Señor Juez sin el. nos hatocado
es muy Dificil sin el.
muy Dificil pero muy dificil. sin el.
yo trabajo en un restaurante de
cosinera. lo que gana que no es
mucho pero con eso comemos.
y para Medio vivir porque yo sola
Trabajando No - esfacil.

Señor Juez mi esposo es buen ser.
Humano. buen esposo y buen. papa.
Tambien. fue - buen hijo. el siempre.
se ha preocupado por nuestro bienestar
de su familia. tambien como pareja
siempre. la hemos llevado bien.
Señor Juez Te pido que le des la.
oportunidad de que regrese a casa.
hay una. familia. que lo espera. y

Señor Juez.

y lo nesecita. el es hombre de mi vida.
Toda la vida lo he amado y
siempre va hacer haci hasta que.
Dios. lo permita yo desque el
esta aya, e sufrido mucho y
estoy hasta enfeima de los huesos
pero se que con la ayuda de Dios.
Y con el señor Juez el Regreso
a casa de mi querido esposo.
    Gracias por la atencion prestada.
perdon. por la Letra      Att. Manira Garcia.



**Summary Translation**

Bogota, 04-13-15

Honorable Jead Rakoff,

Your Honor, I am Lizeth Yanira Perez Garcia, the oldest daughter of Gustavo Perez Garcia. My father is a good man, friend, brother, husband, and a good human being.

From what I remember growing up I noticed the great man that God gave me as a father. I remember him always being there guiding me, taking care of me, and spoiling me like he would with my mom. He has always being a noble and happy person.

Since the moment that he has not been with me I feel like half of my life has been gone. He has been my support and guidance. My son and I miss him and I wish to have him in my arms again. I ask God every day of my life that he gives us the opportunity of being together again and that I am not separated from my father.

Your Honor, all I have left is to ask you to give my father the opportunity to come back home.

13-04-15



SR: JUEZ
HON JEAD RAKOFF

SR JUEZ ME PRESENTO ANTE USTED SOY LIZETH
YADIRA PEREZ GARCIA HIJA MAYOR DE GUSTAVO
PEREZ GARCIA

MI PAPI ES UN HOMBRE BUENO, BUEN HIJO HERMANO
BUEN ESPOSO PAPA Y SER HUMANO.

DESDE QUE TENGO USO DE RAZON Y EMPECE A CRECER
ME DI CUENTA DEL GRAN HOMBRE QUE ME REGALO DIOS
COMO PADRE, RECUERDO SIEMPRE LA PRESENCIA DE EL EN
TODOS LOS MOMENTOS DE MI VIDA GUIANDOME CUIDANDOME
CONSINTIENDOME AL IGUAL QUE LO HACIA CON MI MAMA
EL SIEMPRE A SIDO UNA PERSONA NOBLE BUENA Y
ALEGRE.

DESDE EL MOMENTO EN QUE YA NO ESTA CON MIGO
SIENTO QUE SE ME ACABO MEDIA VIDA EL SIEMPRE A SIDO
MI APOYO MI GUIA ME HACE MUCHA FALTA A MI Y A MI HIJO
SOLO QUIERO TENERLO OTRA VEZ ENTRE MIS BRAZOS Y
NUNCA MAS VOLVERME A SEPARAR DE MI PADRE.

SOLO LE PIDO A DIOS TODOS LOS DIAS DE MI VIDA
QUE NOS DE LA OPORTUNIDAD DE ESTAR OTRA VEZ
JUNTOS Y NO VOLVERME A SEPARAR NUNCA DE MI
PADRE.

SR JUEZ NO QUERIA SINO SOLO PEDIRLE A USTED
QUE LE DE LA OPORTUNIDAD A MI PADRE DE VOLVER A
CASA.

**Translation**

04-13-15

Honorable Judge Jed Rakoff

I am Gustavo Andes Cely Peres and I am the son of my dad Peres. My dad is very nice and I miss

him a lot. Ever since my dad isn't here I cry a lot because he loves me. He plays with me and

spoils me. I want my dad to be home already and that my dad does not leave again.

Love him.

Juez   Hon  Jed  Rakoff

Yo   Soy   Gustavo  Andes   Cely Peres

Y  Yo  Soy tu Hijo papi peres

mi popito  es   muy  Bueno  y  Me Hace

mucha  Fanta, Desde  que  mi papi  no

esta  Yo  lloro  mucho  por  que  el  me

quiere  Juega  conmigo  y  Me  consiente  mucho

Yo  quiero  que mi  papi  Ya  este  en  mi casa

y  que  nunca  mas  mi  papi  ce  Valla

te amo

**Summary Translation**

Your Honor,

I am Stephanie Perez Garcia. I was born on September 16, 1998 and I am 16 years old. I am

Gustavo Perez Garcia's youngest daughter.

My father is a good father; husband, brother, son, and human being. He worked as a taxi driver

to pay my school and to cover the bills in the house. Now that he is not here I have not been

able to continue my education. My mother has to work in a friend's restaurant to be able to

feed us. I miss my dad; he is the best father. He has been the one to pay attention to me. We

did many things together. He would help me with homework and we were very united. Now

that he is not here I feel alone and sad. I dreamed of being with him on my 15th birthday. We

were waiting for that date and unfortunately he was not with me. It is sad not to be with him.

Your Honor, he is a good person and a lot of people love him for that. Your Honor, I asked you

to give my family and I the opportunity to be together as a family. That is my dream and I

cannot wait for the time to come that I can be able to hug him and tell him how much I love

him and how much I have needed him during this time.

Thank you, your Honor for the attention given. Please listen to us and give us that opportunity.


/S/ Stephanie Perez Garcia

Buen día, soy stephiane perez garcia
Tengo 16 años naci el 16 de septiembre
del 98 soy hija de gustavo perez garcia
soy la hija menor.

. . . . Te cuento de mi papá, el es
muy buen papá, esposo, hermano, hijo y
ser humano, el es el motor y felicidad
de esta casa el trabajaba como
taxista para pagarme mi colegio y para
cubrir los gastos de esta casa,
ahora que el no esta Yo no he podido
seguir estudiando, a mi mamá le toca trabajar
en el restaurante de una amiga para poderos
dar para la comida, me hace mucha falta
mi papá el es el mejor papá el era el que
estaba pendiente de mi, todo lo haciamos los dos,
me ayudaba con mis tareas, eramos muy unidos
y ahora que el no esta me siento sola y
muy triste, me hace mucha falta.
yo soñaba con estar con el el día de mis 15 años
siempre lo habiamos esperado y lamentablemente no estuvo
conmigo fue el día mas esperado y el mas triste de todos

es muy terrible estar sin el.

el es muy bueno señor juez tiene tiene una forma de ser muy linda mucha gente lo quiere porque el es muy buena persona, señor juez te pido que nos des la oportunidad a mi y a mi familia de volver a estar juntos como la familia que somos, ese es mi sueño no veo la hora de poder estar de nuevo con el poderlo abrazar y decirle lo mucho que lo amo y la falta que me ha echo en este tiempo.

Gracias a señoría por la atención prestada, porfavor escuchenos y danos una oportunidad te lo pido

Att: Atentamente perez Quezada



TRANSLATION

Papa Perez

I love you with all my heart.  I miss you a lot.  I ask God to bring you to our little house to play, to do exercise and so you can make us laugh.

I love you.

/s/ Gustavo
Your son (grandson)

MIÉRCOLES – WEDNESDAY

PAPITO PEREZ

Te amo con toda mi corazon me haces mucha

Firma /Signature  Falta

JUEVES – THURSDAY

Te pido a dios pue te traiga a la casita pare pue salir. a hacer egercicio i para pue mosn hag esrl ir te amo

att

Firma /Signature  GUSTAVO tu hijo

"Quien no perdonó, perdón no hello"

DIOCESE OF ENGATIVA
# SAINT ÁNGELA MERICI CHURCH
ID No. 830.028.107-2
Carrera 116B # 80-97 Phone Number: 4354190
Bogotá D.C.

The priest of the Saint Ängela Church
Stated:

That Mr **Gustavo Pérez García**, with ID number 5.898.867 from Espinal, Tolima and his family are parishioners of this church approximately since 1998 and until now they are not sign or committed any wrong acts and they are of good manners.

The present letter is issued in Bogotá D.C at the request of the person concerned at September 23 of 2013.

Cordially

**BELISARIO RIVEROS DIAZ**
Priest



Diócesis de Engativá

## PARROQUIA SANTA ÁNGELA MERICI

Nit. 830.028.107-2

Carrera 116B No. 80 – 97      Teléfono: 4 354190

Bogotá, D.C.

### El  Párroco de Santa Ángela Merici

### Hace constar:

Que el señor **Gustavo   Pérez García**, identificada con **Cédula de Ciudadanía No. 5.898.867   del Espinal (Tolima)** y su familia son feligreses de esta parroquia desde hace aproximadamente 15 años y hasta la fecha no se sabe nada en contra de su moral y buenas costumbres.

La presente  se expide en Bogotá, D.C., a solicitud del interesado  a los veintitrés (23) días  del mes de septiembre de Dos Mil  Trece (2013).

Cordialmente,

Belisario Riveros Díaz

Párroco

# THE SUBSCRIBED MANAGER OF

# TAXEXPRESS S.A

## CERTIFIES

The subscribed manager of the company stated that Mr. **GUSTAVO PEREZ GARCIA** identified with ID number 58.898.867 from **ESPINAL – TOLIMA, - COLOMBIA,** is registered as **DRIVER,** from April 24 of 2009 to March 10 of 2012, with a vehicle of plates VDH603, CHEVROLET brand, 2005 model, which is affiliated to our company to the bearing service since august 24 of 2004.

That according to our experience and taking as reference vehicles of this type, working under normal conditions, we are able to certify that their earnings are in monthly average of one million six hundred thousand pesos.

The foregoing is issued in Bogotá D. C, on the thirty-one days of the month of May of two thousand thirteen. Recording that neither the driver nor the owner are employees of the company, the income that the vehicle generates at no time are received by the company and that this value depends only on the landlord that work the owner and/ or the driver.

## NOTE: NO LABOUR RELATIONSHIP WITH THE COMPANY

Faithfully,

## JOSE SEGUNDO ALMECIGA A.
MANAGER



NIT:800.174.909-8

## EL SUSCRITO GERENTE DE

## TAXEXPRESS S.A.

## CERTIFICA

El suscrito gerente de la empresa hace constar que el(la) señor(a) **GUSTAVO PEREZ GARCIA** identificado(a) con cédula de ciudadanía No. **5898867** de **ESPINAL**, registra como **CONDUCTOR(A)**, desde abril 24 de 2009 hasta marzo 10 de 2012 con el vehículo con placas **VDH603**, marca **CHEVROLET**, modelo **2005** el cual se encuentra afiliado a nuestra empresa al servicio **RODAMIENTO** desde Ago 24, 2004.

Que de acuerdo con nuestra experiencia y tomando como referencia vehículos de este tipo, que laboran en condiciones normales, podemos certificar que sus ingresos son en promedio mensual de **UN MILLON SEISCIENTOS MIL PESOS MCTE ($1.600.000).**

Lo anterior se expide por solicitud del interesado con fines de ser presentada a: **A QUIEN INTERESE.**

Se expide en Bogotá D.C., a los TREINTA Y UNO (31) días del mes de MAYO de DOS MIL TRECE (2013). Dejando constancia que ni el conductor, ni el propietario son empleados de la compañía, los ingresos que el vehículo genera en ningún momento son recibidos por la empresa y que este valor depende únicamente del tiempo que realmente trabaje el propietario y/o conductor.

## NOTA: SIN VINCULACION LABORAL CON LA EMPRESA

Atentamente,

TAX EXPRESS S.A.
JOSE SEGUNDO ALMECIGA A.
GERENTE



Calle 13 N° 44 - 09  PBX: 2680499
Bogotá D.C. Colombia www.taxexpress4111111.com

# COMUNAL BOARD OF ACTION OF THE FUTURE URBANIZATION LEGAL PEROSONALITY ENTITY No. 535 OF JANUARY 26 OF 2005

Espinal, Tolima, September 17 of 2013

## The subscribed president of the communal board of action of the future urbanization of Espinal Tolima

## CERTIFIES

That I know of sight and treat MR GSTAVO PERZ GARCIA with ID number 5.898.862 from Espinal Tolima; as a responsible, working, and complier of his own duties as a good citizen.

This letter is issued in Espinal on September 17 of 2013.

### RENE FERIA RODRIGUEZ
President
Mobile phone number: 3213075682
Address: Block b House 6

# JUNTA DE ACCION COMUNAL URBANIZACION EL FUTURO
## PERSONERIA JURIDICA 535 DEL 26 DE ENERO DEL 2005

Espinal Tolima, 17 de Septiembre de 2013

**El suscrito Presidente de la Junta de Acción Comunal de la Urbanización EL FUTURO del Espinal Tolima.**

### CERTIFICA

Que conozco de vista y trato al señor GUSTAVO PEREZ GARCIA identificado con cedula de ciudadania No. 5.898.862 del Espinal Tolima; como persona responsable, trabajadora y cumplidora de todos los deberes como buen ciudadano.

Dada en el Espinal a los 17 dias del mes de Septiembre del 2013.

**RENE FERIA RODRIGUEZ**
**Presidente Junta de Acción Comunal Urbanización El Futuro**
**Cel. 321 307 56 82**
**Dirección: Manzana B Casa 6**

PAZ Y TRABAJO

# COMUNAL BOARD OF ACTION OF THE RONDON NEIGHBORHOOD OF THE MUNICIPALITY OF ESPINAL TOLIMA LEGAL PEROSONALITY ENTITY No. 381 OF APRIL 23 OF 1965

## STATED:

That we know Mr. GUSTAVO PEREZ GARCIA, with ID NUMBER 5.898.862 from Espinal Tolima and his family, whom lived many years in our neighborhood  and I can tell that he is a honorable, working, responsible and complier in his duties with his own family and the community.

The present letter is issued at the request of the person concerned at September 17 of 2013.

Faithfully,

**RAMIRO TIQUE TIMOTE**
C.B.A RONDON NEIGHBORHOOD
President
CARRERA 3 # 18-30
Mobile Phone Number: 3144771431

# JUNTA DE ACCION  COMUNAL DEL BARRIO RONDON DEL MUNICIPIO DE EL ESPINAL TOLIMA
## PERSONERIA JURIDICA No.381 DEL 23 DE ABRIL DE 1.965

## HACE CONSTAR:

Que conozco al señor **GUSTAVO PEREZ GARCIA**,  identificado con cedula de ciudadanía Nº 5.898.862  del  Espinal Tolima **y a su familia** , quienes vivieron durante muchos años en nuestro barrio y del cual puedo decir que es una persona trabajadora, responsable y cumplidor de sus deberes para con su familia y la comunidad.

La presente certificación se expide a solicitud del interesado a los 17 días del mes de Septiembre del 2013.

Cordialmente,

**RAMIRO TIQUE TIMOTE**
**J.A.C. BARRIO RONDON**
**Presidente**
**Carrera 3 No.18-30**
**Cel.314 477 1431**

# INTER YACAR

Carrera 3 # 15 – 45 Rondon neighborhood
Mobile phone: 31120655220
Espinal Tolima

**CERTIFIES**

That Mr. GUSTAVO PEREZ GARCIA, with ID number 5.898.862 from Espinal, he is a responsible person, honest and of good manners.

The present letter is issued at the request of the person concerned at September 17 of 2013.

Faithfully,

**NASLY JANNURY NUSTES ROMERO**
Manager

# INTER YACAR

Carrera 3 No.15-45 B/Rondón
**Cel.311 20655220**
*Espinal Tolima*

### CERTIFICA

Que **GUSTAVO PEREZ GARCIA**, identificado con cedula de ciudadanía No.5.898.862 de Espinal es una persona responsable, honesta y de buenos modales.

Se expide a solicitud del interesado a los 17 días del mes de Septiembre de 2013.

Atentamente,

**NASLY JANNURY ÑUSTES ROMERO**
Gerente

# PERSONAL REFERENCE

I stated that MR GUISTAVO PEREZ GARCIA, with ID number 5.898.862 from Espinal Tolima, is a working person, complier of his duties, very responsible with his own personal and familiar commitments, of good proceed, honest, and of very good customs, good father, husband and brother.

In addition to all the time that I know him, has been seen that he is a person who complies with the law and the commitments of the state, as it is also a good example citizen.

This present letter is issued in Espinal on September 17 of 2013, To Whom It May Concern.

Faithfully,

**FERNANDO HUMBERTO MALTES ESCOBAR**
ID No. 93.122.746 from Espinal Tolima
Lawyer



*Fernando H. Maltés Escobar*
*Abogado*

Especializado en Derecho Penal, Probatorio, Constitucional y Administrativo

## CONSTANCIA PERSONAL

Hago constar que el señor **GUSTAVO PEREZ GARCIA**, identificado con la cedula de ciudadanía No. 5'898.862 del Espinal-Tolima,  es una persona trabajadora, cumplidora de sus deberes, es muy responsable con sus compromisos personales y familiares, de muy buen proceder, honesta y de muy buenas costumbres, buen padre, esposo y hermano.-

Además de todo el tiempo que lo conozco (veinte años aproximadamente), se le ha visto que es una persona que cumple con la Ley y los compromisos de Estado, como tambien es un buen ejemplo ciudadano.-

La presente se expide hoy 17 de septiembre hogaño, a solicitud del interesado, con destino a quien interese.-

Cordialmente,

FERNANDO HUMBERTO MALTES ESCOBAR
C.C. No. 93'122.746 del Espinal-Tolima



REPUBLICA DE COLOMBIA
REGISTRO CIVIL
Superintendencia de Notariado y Registro    REGISTRO DE NACIMIENTO

① IDENTIFICACION: 9 0 0 1 1 0
② Parte pagina
③ Codigo: CR336

**1578236G**

① OFICINA REGISTRO CIVIL

③ Clase (Notaria, Alcaldia, Corregiduria, etc.) **NOTARIA UNICA**

④ Municipio y Departamento, Intendencia o Comisaria **ESPINAL    TOLIMA**

⑤ Codigo: **8105**

INSCRITO
⑥ Primer apellido **PEREZ**
⑦ Segundo apellido **GARCIA**
⑧ Nombres **LIZETH YANIRA**

SEXO
⑨ Masculino o Femenino **FEMENINO**
⑩ Masculino ☐  Femenino ☒
⑪ FECHA DE NACIMIENTO
⑫ Dia **10**
⑬ Mes **ENERO**
⑭ Año **1990**

LUGAR DE NACIMIENTO
⑮ Pais **COLOMBIA**
⑯ Departamento, Int., o Com. **TOLIMA**
⑰ Municipio **ESPINAL**

SECCION GENERICA

SECCION ESPECIFICA

DATOS DEL NACIMIENTO
⑰ Clinica, hospital, direccion de la casa, vereda, corregimiento, etc., donde ocurrio el nacimiento **carrera 3a #10-39**
⑲ Documento presentado–Antecedente (Carr. medico, Acta parroquial, Acta parroquia, etc. **tastigos**
⑳ Nombre del profesional que certifico el nacimiento

MADRE
㉒ Apellidos (de soltera) **GARCIA OSORIO**
㉓ Nombres **AURA YANIRA**
㉔ Identificacion (clase y numero) **CC# 28.839.406 de Bogota**
㉖ Nacionalidad **Colombiana**
㉗ Profesion u oficio **hogar**

PADRE
㉘ Apellidos **PEREZ GARCIA**
㉙ Nombres **GUSTAVO**
㉛ Identificacion (clase y numero) **CC# 5.894.867 de Espinal**
㉜ Nacionalidad **COLOMBIANA**
㉝ Profesion u oficio **Granjero**

DENUNCIANTE
㉞ Identificacion (clase y numero) **CC# 5.894.867 de Espinal**
㉟ Firma (autografa)
㊱ Direccion postal y municipio **carrera 3a #10-39 de Espinal**

TESTIGO
㊳ Identificacion (clase y numero) **cc# 2.281.310 de Espinal**
㊲ Firma (autografa)
㊴ Domicilio (Municipio) **carrera 3a #10-39 de Espinal**
㊳ Nombres **GUSTAVO PEREZ GARCIA**

TESTIGO
㊷ Identificacion (clase y numero) **cc# 2.855.072 de Espinal**
㊸ Domicilio (Municipio) **carrera 3a #10-39 de Espinal**
㊵ Nombres **JOSE JESUS PEREZ GUZMAN**
㊹ Nombres **DORIS CARIALLO DE CASTRO HERNANDEZ**

FECHA DE INSCRIPCION
(FECHA EN QUE SE SIENTA ESTE REGISTRO)
㊶ Dia **26**
㊷ Mes **FEBRERO**
㊸ Año **1990**
㊹ Firma (autografa) y nombre del funcionario que autoriza quien debe firmar al respaldo

TERESA PARDO BONILLA
NOTARIA

Forma DANE IP10 – O V/77

ORIGINAL PARA LA OFICINA DE REGISTRO CIVIL

El Suscrito Notario Primero del Circulo de el Espinal, expide la presente fotocopia Tomada del original que reposa en esta Notaria.
Se expide valida para: El espinal (Tolima)
0 5 NOV 2013